**H. P. WILLOUGHBY, Appellant,**

v.

**Harry B. MILLER, Jr., Appellee.**

Court of Appeals of Kentucky.

May 31, 1957.

·Denney & Landrum, Lexington, for appellant.

Harry B. Miller, Jr., pro se.

PER CURIAM.

Appellant H. P. Willoughby questions the allowance of an attorney fee in the sum of $300 to the appellee, Harry B. Miller, Jr. The allowance was made after the mandate was entered in Willoughby v. Willoughby, Ky., 294 S.W.2d 550, a divorce action. The record in the divorce case discloses that a fee of $1,500 was allowed for itemized services rendered in the lower court. The $300 allowance is for services performed subsequently and on appeal.

The motion for an appeal is overruled and the judgment is affirmed.